IN THE SUPREME COURT OF THE STATE OF NEVADA

DONALD ALT,
                    Appellant,
            vs.
TAHOE-RENO INDUSTRIAL CENTER,
LLC, MANAGING MEMBER; NORMAN
PROPERTIES, INC.; L. LANCE
GILMAN COMMERCIAL REAL
ESTATE SERVICES INC., PRINCIPLE,
DIRECTOR AND EXECUTIVE,
LEONARD LANCE GILMAN; NORMAN
PROPERTIES, INC., CHIEF
EXECUTIVE OFFICER, CYNTHIA
GAGLIANO; AND SECRETARY, DON
ROGER NORMAN,
                    Respondents.

No. 85568

FILED

NOV 1 0 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order granting a motion to dismiss and from an "Order Denying Plaintiff's Amended Default and Request for Default Judgment Hearing." First Judicial District Court, Storey County; James Todd Russell, Judge.

Review of the notice of appeal and documents before this court reveals a jurisdictional defect. The order granting the motion to dismiss is not a final judgment appealable under NRAP 3A(b)(1) because it does not resolve all of the claims appellant asserted against all respondents in the district court. See Lee v. GNLV Corp., 116 Nev. 424, 426, 996 P.2d 416, 417 (2000) ("[A] final judgment is one that disposes of all the issues presented in the case, and leaves nothing for the future consideration of the court, except for post-judgment issues such as attorney's fees and costs."). It does not appear from the district court docket sheet that the district court has

22-35500

entered a final judgment in this matter. And no other statute or court rule authorizes an appeal from the order of dismissal. *See Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"). Neither does any statute or court rule authorize an appeal from an "Order Denying Plaintiff's Amended Default and Request for Default Judgment Hearing." Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.[1]

_____, J.
Cadish

_____, J.
Pickering

_____, Sr. J.
Gibbons

cc:     Hon. James Todd Russell, District Judge
        Donald Alt
        Gunderson Law Firm
        Cynthia Gagliano
        Don Roger Norman
        Storey County Clerk

---

[1]The Honorable Mark Gibbons, Senior Justice, participated in this matter under a general order of assignment